1  JOSEPH P. RUSSONIELLO, CSBN 44332  *efiled 2/27/08
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YONG PENG, | No. C 07-0073 JF |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | |
| Defendants. | |

Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0073 JF           1

| | | |
|---|---|---|
| Date: February 21, 2008 | | Respectfully submitted, |
| | | JOSEPH P. RUSSONIELLO<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: February 15, 2008                              /s/
                                                     YONG PENG
                                                     *Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  2/27/08
                                                     JEREMY FOGEL
                                                     United States District Court